**Faud Haghighi, Esq.**
**State Bar Number: 281724**
17221 E. 17th St., Suite H
Santa Ana, CA 92705
Telephone: [714] 486-2160
Facsimile: [714] 486-2153
E-mail: fhaghighilaw1@gmail.com

Attorney for Plaintiff, ROBERT SANCHEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>         Plaintiff,<br><br>vs.<br><br>iPHONE REPAIR aka MCS, a business entity; MARK TROUGHTON, an individual,<br><br>         Defendants. | Case No.: 2:18-cv-3387 MWF (JEMx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

### **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their attorneys of record, that this action, in its entirety, shall be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of Federal Rules of Civil procedure with each party bearing its own fees and costs.

//

//

//

//

Case 2:18-cv-03387-MWF-JEM   Document 31   Filed 10/09/18   Page 2 of 2   Page ID #:76

Dated: October 9, 2018

By: /S/
_____
FAUD HAGHIGHI, ESQ.
Attorney for Plaintiff,
ROBERT SANCHEZ

DATED: October 9, 2018

By: /S/
_____
JOHN LEWIS, ESQ.,
Attorneys for Defendants,
MARK TROUGHTON and iPHONE REPAIR aka MCS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
HON.  MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

2